AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Manuel Pupo-Leyvas,

      Plaintiff(s)     )
)
)
         vs.          )
United States of America     )
)
      Defendant(s)    )

**APPEARANCE**

CASE NUMBER    1:08-cv-00851

To the Clerk of this court and all parties of record:

Please enter the appearance of __Suzanne D. Reider__ as counsel in this
                                         (Attorney's Name)

case for: __Manuel Pupo-Leyvas__
            (Name of party or parties)

June 26, 2008
Date

*(signature: Suzanne Dallas Reider)*
Signature

DC-499253
BAR IDENTIFICATION

Suzanne D. Reider
Print Name

1330 Connecticut Avenue, NW
Address

Washington,   DC   20036
City           State        Zip Code

(202) 429-8194
Phone Number