# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Manuel Pupo-Leyvas**

    Plaintiff

vs.

**United States of America**

    Defendant

Attorney:

Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC. 20036

**Case Number:** 1:08-cv-00851

Legal documents received by Same Day Process Service on June 18th, 2008 at 11:30 AM to be served upon **Jeffrey A. Taylor, U.S. Attorney, District of Columbia, U.S. Attorney's Office, District of Columbia at 555 4th St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **June 18th, 2008 at 3:30 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Lakesha Carroll** as **Authorized Agent** of the within named agency, to wit: **U.S. Attorney for the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 25   Height: 5'3   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000010404

District of Columbia: SS
Subscribed and Sworn to before me, this 19th day of June, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.