**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MANUEL PUPO-LEYVAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-0851 (RBW) |
| ) | (ECF) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2008, I caused the foregoing Notice of Appearance to be served on parties of record via the Court's ECF system.

/s/ *Mercedeh Momeni*

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851