**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
MANUEL PUPO-LEYVAS,                 )
                                                    )
                    Plaintiff,              )
                                                    )
            v.                                   )        Civil Action No. 08-851  (RBW)
                                                    )
UNITED STATES OF AMERICA,        )
                                                    )
                    Defendant.            )
_____)

**ORDER**

The Court having carefully considered the Unopposed Motion to Transfer Venue in Lieu

of an Answer filed by the defendant on August 18, 2008, and it appearing to the Court that there

is good cause to grant the relief requested therein pursuant to 28 U.S.C. § 1404(a), and that the

plaintiff consents to the relief requested by the defendant, it is

**ORDERED** that the motion is **GRANTED**.  It is further

**ORDERED** that the Clerk of the Court shall transfer this case forthwith to the District

Court for the Southern District of Indiana, Terre Haute Division.  It is further

**ORDERED** that the docket for this case is **CLOSED**.

**SO ORDERED** this 18th day of August, 2008.


                                                            REGGIE B. WALTON
                                                            United States District Judge