| | |
|---|---|
| From: | insd_cmecf@insd.uscourts.gov |
| Recipients: | InterdistrictTransfer_DCD@dcd.uscourts.gov |
| Subject: | Transferred case has been opened |
| Date: | 08/29/2008 11:09:31 AM |

CASE: 1:08-cv-00851

DETAILS: Case transferred from District of Columbia has been opened in Southern District of Indiana as case 2:08-cv-00344, filed 08/29/2008.